UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOPE A. TURNER                  :

       Plaintiff,           :           Civil No. 3:08CV1180(DJS)

                                       :

v                                       :

UNITED STATES, el al.           :

       Defendant.           :           July 28, 2010


**RESPONSE TO DEFENDANTS MOTION TO DISMISS**

I HOPE A TURNER pro se, come before the honorable court first to say that under the laws I'm entitled to an attorney. I myself am not an attorney, do not profess to know any legal ways to help myself in fighting the civil suit before the court, other than to give what I feel are accurate accounts on what took place December 13, 2008 at Danbury Correctional Institute. In my previous motions I gave all the evidence in which I feel are supportive to the argument I bring before the court. Honorable Courts the incident and assault that took place against me at Danbury was not within my constitutional rights and someone should stand accountable, just as I have when I've committed wrong doings. If it pleases the court I'm asking that all motions of response, all motions that I've sent to the courts be taking into consideration that a full investigation into the incident at Danbury is reviewed. All witness statements that I have issued the court, every inmate, staff, camera recordings be reviewed, before the courts make a sound judgment in the case said. Also enclosed are copies of the judgment order allowing me a thirty-day extension. The copies will show for some reason there is always a delay in mailing me the mail from the courts. I did not receive the formal letter until Thursday July 15, 2010 at my home in

Richmond. Sir or Madam I am unclear as to whether the extension is granted from the day received or until August 8th, 2010. So I respectfully asking the court to grant me a reasonable hearing in my presence with attorney and the legal system which I believe in.

Respectfully,

*[signature]*

Hope A. Turner

U.S. Department of Justice
United States Attorneys Office
District of Connecticut

157 Church Street, 23rd Floor
New Haven, Connecticut 06510

Official Business



Exhib I

Hope Turner
414 Harvard St, #4
Norfolk, VA 23505

TURN414+   235052066 1310 21 06/14/10
NOTIFY SENDER OF NEW ADDRESS
TURNER, HOPE
1304 OVERLOOK ST
RICHMOND VA 23224-7306



## Orders on Motions

3:08-cv-01180-DJS Turner v. Zickefoose et al
PROSE, REFDIS, SA

*Exhib III*

## U.S. District Court

### United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 7/8/2010 at 6:01 PM EDT and filed on 7/8/2010
**Case Name:** Turner v. Zickefoose et al
**Case Number:** 3:08-cv-01180-DJS
**Filer:**
**Document Number:** 54(No document attached)

**Docket Text:**
**ORDER granting [53] Motion for Extension of Time to File Response/Reply. The pro se plaintiff, in her letter dated 6/28/10, has demonstrated good cause as to why she needs a thirty-day extension to respond to the defendants' renewed motion to dismiss. To wit, she did not receive the documents -- presumably the aforementioned renewed motion to dismiss and Judge Squatrito's order of 6/14/10 -- due to a change of address. This is likely the product of miscommunication, not any error by the plaintiff. Accordingly, and anticipating no objection, the plaintiff's motion for a thirty-day extension is GRANTED. Signed by Judge Thomas P. Smith on July 8, 2010. (Hyne, J.)**

**3:08-cv-01180-DJS Notice has been electronically mailed to:**

Ndidi N. Moses Ndidi.Moses@usdoj.gov

**3:08-cv-01180-DJS Notice has been delivered by other means to:**

Hope A. Turner
33286-183
1304 Overlook Street
Richmond, VA 23224

*Do Not Understand what's the response date July 30, 2010 or Aug, 8, 2010*